v. *Kremer*, 51 N. Y. S. 2d 394, affd. 269 App. Div. 827; *Baker* v. *Gilman*, 52 Barb. 26.) Moreover, had there been proof establishing that an estate tax was payable on the father's estate, the conveyance in question would not have defeated its collection. (Tax Law, § 249-bb.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

## Third Department, November, 1951.
## (November 14, 1951.)

In the Matter of the Claim of Ann Accardy, Respondent, against Parker-Kalon Corporation et al., Appellants. Workmen's Compensation Board, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of Elizabeth B. Brady, Respondent, against Fifth Madison Corporation et al., Appellants. Workmen's Compensation Board, Respondent.—